In the Matter of the Probate of the Will of HENRY C. SCHMIDT, Deceased.

WILHELMINA C. EHRSAM et al., Appellants; IDA SCHMIDT, Respondent.

*Appeal — unanimous affirmance — appeal without permission dismissed.*

*Matter of Schmidt*, 202 App. Div. 843, appeal dismissed. (Argued October 1, 1923; decided October 9, 1923.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 21, 1922, which unanimously affirmed a decree of the Kings County Surro-

gate's Court admitting to probate a paper propounded as the last will and testament of Henry C. Schmidt, deceased.

The motion was made upon the ground that permission to appeal had not been obtained.

*John C. Stemmermann* for motion.

*Barnett E. Kopelman* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.